# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

**CR19 0396**

COREY WYATT,

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(2) – Distribution of Alprazolam;
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

_____
Foreman

Filed in open court this ___22___ day of August 2019

_____Stephen Ybarra_____
Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

**— OFFENSE CHARGED —**

21 U.S.C. §§ 841(a)(1) and (b)(2) – Distribution of Alprazolam

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 5 years' imprisonment, maximum 1 year supervised release, maximum $250,000 fine; $100 mandatory special assessment

**— DEFENDANT - U.S —**

▶ Corey WYATT

DISTRICT COURT NUMBER
**CR19-0396 RS**

**— DEFENDANT —**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form  **DAVID L. ANDERSON**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  **ERIC CHENG**

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )  CASE NO.
                                     )
12          Plaintiff,                )  VIOLATIONS:
                                     )  21 U.S.C. §§ 841(a)(1) and (b)(2) – Distribution of
13       v.                           )  Alprazolam;
                                     )  21 U.S.C. § 853 – Forfeiture Allegation
14  COREY WYATT,                     )
                                     )  SAN FRANCISCO VENUE
15          Defendant.                )
                                     )  UNDER SEAL
16                                    )
17

18                              I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE:         (21 U.S.C. § 841(a)(1) and (b)(2) – Distribution of Alprazolam)

21      On or about July 10, 2019, in the Northern District of California, the defendant,

22                                  COREY WYATT,

23  did knowingly and intentionally distribute and possess with intent to distribute alprazolam, a Schedule

24  IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(2).

25  FORFEITURE ALLEGATION:         (21 U.S.C. § 853(a))

26      The allegations contained above are hereby re-alleged and incorporated by reference for the

27  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

28  //

INDICTMENT






Upon conviction of the offense alleged in Count One above, the defendant,

COREY WYATT,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 22 August 2019

A TRUE BILL.

/s/
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

/s/
ERIC CHENG
Assistant United States Attorney

INDICTMENT      2